# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV14 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CITY OF WAKEFIELD, NEBRASKA, and M.G. WALDBAUM CO., | ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the State of Nebraska's Motion to Intervene (Filing No. 6) as a plaintiff pursuant to Federal Rule of Civil Procedure 24 (a) and (b). No party filed any opposition to the motion. Upon consideration,

**IT IS ORDERED:**

1. The State of Nebraska's Motion to Intervene (Filing No. 6) is granted.
2. The State of Nebraska is a plaintiff in this case.
3. The State of Nebraska shall have **to on or before February 14, 2007**, to file the Complaint in Intervention, which is attached as Attachment 1 to the State of Nebraska's Motion to Intervene.

DATED this 30th day of January, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge