# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA and STATE OF NEBRASKA, | ) ) ) | |
| Plaintiffs, | ) ) | 8:07CV14 |
| vs. | ) ) | ORDER |
| CITY OF WAKEFIELD, NEBRASKA and M.G. WALDBAUM CO., | ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the parties' Joint Status Report (Filing No. 17). The parties state a proposed consent decree has been filed with the court, final approval of which is subject to public comment after notice in the Federal Register. The parties state the public comment period ends on March 2, 2007. Thereafter, the United States Department of Justice will determine whether it should withhold its consent or the plaintiff will file a motion for entry of the consent decree. For the reasons stated in the status report, the court finds good cause to stay the deadlines in this case including the Fed. R. Civ. P. 26(f) planning report deadline. Upon consideration,

**IT IS ORDERED:**

1. The case shall be stayed until further order of this court.

2. Counsel shall file a joint status report concerning the status of this case on **March 30, 2007, and every 30 days thereafter**, such report to include counsel's position(s) concerning whether the stay should continue in effect or whether the stay should be lifted.

Dated this 21st day of February, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge