FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 JAN -9 PM 2: 22

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 8:07CV14 |
| ) | |
| THE CITY OF WAKEFIELD, NEBRASKA, and ) | |
| M.G. WALDBAUM CO., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF LODGING OF CONSENT DECREE BETWEEN THE UNITED STATES AND DEFENDANT M.G. WALDBAUM CO.

Plaintiff, the United States of America, respectfully informs the Court and all parties of the lodging of a consent decree in the above-captioned case. No other action is required by the Court at this time.

Final approval by the United States and entry of this Consent Decree is subject to the Department of Justice's requirements set forth at 28 C.F.R. § 50.7 which provides, inter alia, for notice of the lodging of this consent decree in the Federal Register, an opportunity for public comment, and consideration of any comments.

After the close of the comment period and review of any new information by the Department of Justice, we will contact the Court with respect to any future action regarding the

UNITED STATES' NOTICE OF LODGING
OF CONSENT DECREE WITH WALDBAUM- PAGE 1



entry of this Consent Decree.

Date: January 9, 2007                    Respectfully submitted,

                                         United States Department of Justice
                                         Environment and Natural Resources Division


                                         /S ERIKA M. ZIMMERMAN
                                         ERIKA M. ZIMMERMAN
                                         Trial Attorney, Oregon Bar No. 05500
                                         Environment and Natural Resources Division
                                         Environmental Enforcement Section
                                         United States Department of Justice
                                         PO Box 7611, Ben Franklin Station
                                         Washington, DC 20044
                                         erika.zimmerman@usdoj.gov
                                         Telephone: (202) 514-5270
                                         Facsimile: (202) 514-4180



                                         s/ LAURIE A. KELLY
                                         LAURIE A. KELLY
                                         Assistant United States Attorney, Mass. Bar No. 557575
                                         District of Nebraska
                                         1620 Dodge Street
                                         Suite 1400
                                         Omaha, Nebraska 68102-1506
                                         Telephone: (402) 661-3700
                                         Fax: (402) 661-3081
                                         laurie.kelley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Notice of Lodging of Consent Decree to be sent by Federal Express on January 9, 2007 to:

Carolyn V. Wolski
Leonard, Street, and Deinard
150 Fifth Avenue South, Suite 2300
Minneapolis, MN 55402

/s/ LAURIE A. KELLY
LAURIE A. KELLY