IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, and ) <br> THE STATE OF NEBRASKA ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> THE CITY OF WAKEFIELD, NEBRASKA, and ) <br> M.G. WALDBAUM CO., ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No: 8:07cv00014-JFB-TDT |

## **ORDER**

Having considered the Parties' Joint Stipulation to Terminate Consent Decree, and finding good cause therefor, it is hereby ORDERED that the Consent Decree entered on May 23, 2007 between the United States of America, the State of Nebraska and Defendant M.G. Waldbaum Co. is terminated in its entirety.

Dated this 25th day of November, 2008.

BY THE COURT:

**s/ Joseph F. Bataillon**
Chief District Judge
District of Nebraska