IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, and <br> THE STATE OF NEBRASKA <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF WAKEFIELD, NEBRASKA, and <br> M.G. WALDBAUM CO., <br><br> Defendants. | Civil Action No. 8:07cv00014-JFB-TDT <br><br> **ORDER** |

In consideration of the reasons set forth in the Joint Stipulation to Terminate the Consent Decree filed by Plaintiffs the United States of America and the State of Nebraska and Defendant the City of Wakefield Nebraska,

IT IS HEREBY ORDERED that the Consent Decree entered by this Court on May 23, 2007 between the United States, the State of Nebraska and the City of Wakefield, Nebraska (Doc. No. 28) is terminated in its entirety.

ORDERED this 25th day of August, 2010.

BY THE COURT:

*s/ Joseph F. Bataillon*
Chief Judge Joseph F. Bataillon

Prepared by:

Erika M. Zimmerman
*Counsel for Plaintiff the United States of America*

ORDER
(Civ. No. 8:07cv00014-JFB-TDT)